```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
　
PRODIGY FINANCE CM2021-1 DAC,

　　　　　　　　　　　　Petitioner,　　　　　　　1:25-cv-5870-GHW

　　　　　　-against-　　　　　　　　　　　　　　ORDER

MARIEM MOHSNI,

　　　　　　　　　　　　Respondent.
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

　　　　On July 17, 2025, Petitioner filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a memorandum of law, a statement pursuant to Local Civil Rule 56.1, and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than August 4, 2025. Respondent's opposition is due by September 19, 2025. Petitioner's reply, if any, is due by October 3, 2025.

　　　　Petitioner is directed to serve the petition and supporting materials upon Respondent by August 11, 2025 and to file an affidavit of such service with the Court by August 15, 2025.

　　　　SO ORDERED.

Dated: July 21, 2025
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge