UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PRODIGY FINANCE CM2021-1 DAC,

                                Petitioner,

                 -v-

MARIEM MOHSNI,

                              Respondent.

------------------------------------------------------------------ X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: 1/6/2026**

1:25-cv-5870-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 21, 2025, the Court granted Petitioner's motion for leave to serve Respondent electronically by certified mail in this petition to confirm a foreign arbitral award. Dkt. No. 16. Petitioner filed an affidavit of service the same day. Dkt. No. 17. Since then, there have been no filings in this case. Accordingly, the Court orders Petitioner to file an update on the status of this action no later than January 12, 2026. Petitioner is ordered to serve a copy of this order on Respondent via the email address known to Petitioner. *See* Dkt. No. 15 ¶ 2.

        SO ORDERED.

Dated: January 6, 2026
       New York, New York

                                       GREGORY H. WOODS
                                  United States District Judge