**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PRODIGY FINANCE CM2021-1 DAC,

                              Petitioner,                25 **CIVIL** 5870 (GHW)

      -against-                                      **JUDGMENT**

MARIEM MOHSNI,

                               Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 31, 2026, Prodigy's petition to confirm a foreign arbitral award is GRANTED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Judgment is entered in favor of Petitioner in the amount of $40,077.39 with simple interest calculated at a rate of 11.34% per year from January 12, 2024 to the date of judgment of $10,073.22 for a sum of $50,150.61, with simple interest continuing to accrue on the sum of $50,150.61 at the rate of 11.34% until payment, plus $3,381.84 with simple interest calculated at a rate of 7% per year from August 27, 2024 to the date of judgment of $376.82 for a sum of $3,758.66, with simple interest continuing to accrue on the sum of $3,758.66 at the rate of 7% until payment; accordingly, this case is closed.

**Dated:**  New York, New York

March 31, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
